

**Christopher James Bowes, Esq.**
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575

August 10, 2021

<u>Via ECF</u>
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   <u>Bajana v. Saul</u>
      20 Civ. 8864 (VEC)(BCM)

Dear Judge Moses:

    I am writing to request an extension of time to submit plaintiff's settlement proposal to opposing counsel. Pursuant to the Court's Order, plaintiff is due to file this document within 30 days of the filing of the record. The record was filed on July 12, 2021 and plaintiff's settlement letter is due tomorrow.

    I seek additional time due to significant workload that has bottlenecked all at once over the past four weeks, coupled with long-scheduled vacation time. With the consent of opposing counsel, SAUSA Shira Siskind, I respectfully request that the Court adopt the following revised briefing schedule:

| | |
|---|---|
| August 31, 2021 | Plaintiff's settlement letter |
| September 30, 2021 | Stipulation of Dismissal or No Settlement Joint Letter |
| November 1, 2021 | Plaintiff's Motion for Judgment on the Pleadings |
| January 5, 2022 | Defendant's Motion for Judgment on the Pleadings |
| January 19, 2022 | Plaintiff's Reply |

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

cc:   Shira Siskind, Esq.
      Social Security Administration
      Office of the General Counsel
      26 Federal Plaza Room 3904
      New York, NY 10278

Application GRANTED. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
August 11, 2021