# CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com



November 2, 2021

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Bajana v. Kijakazi
20 Civ. 8864 (BCM)

Dear Judge Moses:

    I am writing to request an extension of time, nunc pro tunc, in which to file plaintiff's Motion for Judgment on the Pleadings in this case. Plaintiff's papers were due to be filed yesterday. This is plaintiff's second request for an extension of time.

    Regrettably, I was not able to complete Mr. Bajana's papers yesterday on account of multiple workload demands on my schedule. With the kind consent of opposing counsel, Special Assistant United States Attorney Shira Siskind, I respectfully request that the Court adopt the following revised briefing schedule:

| | |
|---|---|
| November 2, 2021 | Plaintiff's Motion for Judgment on the Pleadings |
| January 6, 2022 | Defendant's Motion for Judgment on the Pleadings |
| January 20, 2022 | Plaintiff's Reply |

Thank you for Your Honor's attention to this matter.

Very truly yours,

*/s/ Christopher J. Bowes*
Christopher J. Bowes, Esq

cc: SAUSA Shira Siskind

Application GRANTED. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
November 2, 2021