**MEMO ENDORSED**

CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/22

July 19, 2022

Via ECF
Hon Valerie E. Caproni
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Bajana v. Kijakazi
      20 Civ. 8864 (BCM)

Dear Judge Caproni:

    I am writing to request an extension of time in which to file plaintiff's Objections to the July 5, 2022 Report and Recommendation, by which the Magistrate Judge, the Honorable Barbara C. Moses, recommends that the Court deny plaintiff's Motion for Judgment on the Pleadings and grant the Commissioner's Cross-Motion affirming the decision denying Plaintiff's application for Social Security Disability benefits. The Objections are due to be filed today. This is Plaintiff's first request for an extension of time to file these Objections.

    Due to several matters coming due at the same time, as well as long-scheduled vacation plans, I have been unable to complete plaintiff's Objections and respectfully request a two week extension of time, until August 2, 2022, in which to complete and file Plaintiff's Objections to the July 5, 2022 Report and Recommendation. Opposing counsel, Special Assistant United States Attorney Padma Ghatage, consents to this request.

    Thank you for Your Honor's attention to this matter.

Very truly yours,

*/s/ Christopher J. Bowes*
Christopher J. Bowes, Esq

cc:   SAUSA Padma Ghatage

---

Application GRANTED. Plaintiff's objections are due not later than **August 2, 2022**. Defendant's response to those objections is due not later than **August 9, 2022**.
SO ORDERED.

*[signature]* 7/19/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE