UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HAROLD BAJANA,

                      Plaintiff,                  20 **CIVIL** 8864 (VEC)(BCM)

    -against-                                **JUDGMENT**

KILOLO KIJAZAKI, Acting Commissioner, Social
Security Administration,

                      Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated August 11, 2022, the Court adopted Judge Moses' R&R in full. Plaintiff's motion is DENIED, Defendant's cross-motion is GRANTED, and the case is DISMISSED.; accordingly, this case is closed.

**Dated:**  New York, New York
           August 12, 2022

                                                     **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                            **BY:**

                                                          **Deputy Clerk**